IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| ANTHONY OLIVER,<br><br> Plaintiff,<br><br>v.<br><br>LYFT, INC., et al.<br><br> Defendants. | CASE NO. CV419-063 |
| ANTHONY A. OLIVER,<br><br> Plaintiff,<br><br>v.<br><br>LYFT, INC.,<br><br> Defendant. | CASE NO. CV419-125 |

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (419CV063, Doc. 113; 419CV125, Doc. 54), to which no objections have been filed. After a careful de novo review of the record in this case, the report and recommendation is **ADOPTED** as the Court's opinion in this case. All filing restrictions and other instructions outlined by Magistrate Judge Ray in the report and recommendation are **ADOPTED** by this Court.

The Court notes that Plaintiff has filed a Notice of Voluntary Dismissal in both of his cases. (419CV063, Doc. 114; 419CV125, Docs. 53, 55.) As stated by the Magistrate Judge and adopted by this Court herein, Plaintiff remains free to dismiss his cases, however, due to the conditions being imposed upon Plaintiff, Plaintiff must file a further notice to effectuate dismissal. (419CV063, Doc. 113 at 8; 419CV125, Doc. 54 at 8.)

SO ORDERED this 21st day of October 2019.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA