IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY OLIVER,

    Plaintiff-Appellant,

vs.

Case No. CV419-063

LYFT, INC.,
a Delaware Corporation,

    Defendant-Appellee.

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this 23RD day of January 2020.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA