# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| ANTHONY OLIVER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV419-063 |
| | ) | |
| LYFT, INC. *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

The district judge adopted the undersigned's recommendation that *pro se* plaintiff Anthony Oliver's filings in this case—and any other case he files—be restricted, due to the vexatious character of his litigation. *See* doc. 115. Oliver appealed that order. *See* doc. 118. The Court of Appeals dismissed that appeal in January. *See* doc. 121. However, very recently, the Court of Appeals has permitted Oliver to reinstate that appeal. *See* doc. 125 (clerk's grant of appellant's motion to reinstate the appeal).

As the appeal of the Court's order remains pending, it is not clear whether and under what terms Oliver might continue to prosecute this case. Accordingly, the Clerk is **DIRECTED** to **ADMINSTRATIVELY**

**TERMINATE** all motions currently pending in this case until the Court of Appeals has ruled. Docs. 25, 32, 33, 43, 58, 59, 63, 67, 71, 73, 104, 106, 107. Upon the entry of the Court of Appeals disposition by the district judge, the Clerk is **DIRECTED** to reinstate all motions currently pending.

**SO ORDERED,** this 6th day of March, 2020.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA