IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ANTHONY OLIVER, )
)
    Plaintiff-Appellant, )
)
vs. ) Case No. CV419-63
)
LYFT, INC., )
a Delaware Corporation, )
)
    Defendant-Appellee. )

## O R D E R

The appeal in the above-styled action having been dismissed by the United States Court of Appeals for the Eleventh Circuit,

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the order of this Court.

SO ORDERED, this \_\_\_18th\_\_\_ day of May 2020.

_____
WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA